FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2026 JAN 21  PM 12: 32

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 4:26CR 3000 |
| Plaintiff, | |
| vs. | INDICTMENT |
| | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A) |
| ABRAHAM HERNANDEZ-CALDERON, | 18 U.S.C. §§ 924(c)(1)(A) |
| | 21 U.S.C. § 846 |
| Defendant. | |

The Grand Jury charges that

## COUNT I

On or about November 7, 2025, in the District of Nebraska, Defendant ABRAHAM HERNANDEZ-CALDERON did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1).

## COUNT II

On or about November 7, 2025, in the District of Nebraska, Defendant ABRAHAM HERNANDEZ-CALDERON did knowingly use and carry a firearm, to wit: Smith & Wesson model M&P 9 mm pistol, during and in relation to, and did knowingly possess such firearm in furtherance of, a drug trafficking crime for which Defendant may be prosecuted in a court of the United States, that is, the offense(s) described in Count I.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

1

COUNT III

Beginning on or about October 1, 2025, and continuing to on or about November 7, 2025, in the District of Nebraska and elsewhere, the defendant ABRAHAM HERNANDEZ-CALDERON knowingly and intentionally combined, conspired, confederated and agreed together and with each other, and with other persons known and unknown to the Grand Jury, to distribute and possess with intent to distribute a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, and 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, and in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1).

In violation of Title 21, United States Code, Section 846.

FORFEITURE ALLEGATION

1. The allegations contained in Count I of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853.

2. Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense as set forth above in Count I, Defendant ABRAHAM HERNANDEZ-CALDERON shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense. The property to be forfeited includes, but is not limited to:

   a. $4,373 United States currency seized from 3634 Monroe Street, Omaha, Nebraska, on or about November 7, 2025; and

2

4:26cr3000

b. Smith & Wesson model M&P 9 mm pistol seized from 3634 Monroe Street, Omaha, Nebraska, on or about November 7, 2025; and

c. 9 mm rounds and magazines seized from 3634 Monroe Street, Omaha, Nebraska, on or about November 7, 2025.

3. If any of the property described above, as a result of any act or omission of Defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

In violation of Title 21, United States Code, Section 853.

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

LESLEY A. WOODS
United States Attorney
District of Nebraska

By: DANIEL PACKARD, #21991
Assistant U.S. Attorney

3